**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KEVIN AJENIFUJA,

    *Plaintiff*,

    v.

ALIKO DANGOTE, *et al.*,

    *Defendants.*

No. 19-cv-2323 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the Defendants' Motions to Dismiss, Dkts. 33, 34, 47, are **GRANTED** with respect to Counts I, II, and IV; and it is further

**ORDERED** that Counts III and V are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

The Clerk of Court is directed to close this case.

DABNEY L. FRIEDRICH
United States District Judge

September 2, 2020